JACOB TAYLOR, Appellant, v. HANOVER LUNCH AND RESTAURANT CO., INC., Defendant. MAX HERSCHAFT, Respondent.— Order modified by striking out the provision for a minimum fee, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

DOROTHY L. COOK, Also Known as DOROTHY L. GILDER, Respondent, v. FLORENCE N. LEWIS, Also Known as ELIZABETH ARDEN, and ELIZABETH ARDEN, INC., and ELIZABETH ARDEN SALES CORPORATION, Appellants.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

WILLIAM L. WILSON, Respondent, v. LILLIAN RIGGS, Sometimes Known as LILLIAN VERNON and/or LONA VALE, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, OMalley, Townley and Glennon, JJ.

CHARLES E. CLASEN, Respondent, v. HENRY L. DOHERTY, Doing Business, etc., and CITIES SERVICE COMPANY, Appellants.— Order modified by confining the granting of motion to the defendant Henry L. Doherty, doing business, etc., and excluding therefrom the defendant Cities Service Company, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

VINCENT SWEET, Respondent, v. BALDWIN LOCOMOTIVE WORKS, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

SAMUEL MARER, Appellant, v. ESTHER WEINER, Respondent.— Order so far as appealed from reversed, with twenty dollars costs and disbursements, and the motion in all respects granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

WILLIAM M. SHEEHAN, as Executor, etc., of JEREMIAH M. SHEEHAN, Deceased, Appellant, v. ELLIS L. PHILLIPS, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

LOUISE SCHEERER, KATHRYN SCHEERER, BETSY AYERS, Also Known as " THE TRIO," Respondents, v. SAMUEL L. ROTHAFEL, Also Known as " ROXY," Appellant, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant, appellant, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

FLORENCE R. SCHAEFER, as Administratrix, etc., of FREDERICK W. SCHAEFER, Deceased, Respondent, v. BORDEN'S FARM PRODUCTS CO., INC., Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.